[No. 19201-9-I.   Division One.   April 25, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DEWITT TERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-00732-2, John W. Riley, J., entered

August 29, 1986. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Grosse and Webster, JJ.